908 F.2d 962
 Humenik (Joseph L.)
v.
Celotex Corp., Dana Corp., Eagle Picher Industries, Inc.,
Fibreboard Corp., Flexitallic Gasket, GAF Corp., Garlock
Inc., Keene Corp., National Gypsum, Owens-Corning Fiberglas
Corp., Owens-Illinois Glass, Raymark Industries, Inc.,
Turner & Newall, Ltd., Uniroyal, U.S. Gypsum
 NO. 90-1075
 United States Court of Appeals,
Third Circuit.
 JUN 29, 1990
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.